*Beatrice Rosenberg* and *J. F. Bishop* for the United States. *Sidney G. Handler* for appellee. 

No. 127. HARRISON, ATTORNEY GENERAL OF VIRGINIA, ET AL. *v.* NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE ET AL. Appeal from the United States District Court for the Eastern District of Virginia. Probable jurisdiction noted. *Albertis S. Harrison, Jr.,* Attorney General of Virginia, *David J. Mays, Henry T. Wickham* and *J. Segar Gravatt* for appellants. *Robert L. Carter* and *Oliver W. Hill* for the National Association for the Advancement of Colored People, Inc., and *Thurgood Marshall* and *Spotswood W. Robinson, III,* for the NAACP Legal Defense and Educational Fund, Inc., appellees. With them on a motion to affirm were *Jack Greenberg* and *Constance Baker Motley.* 

No. 157. STEVENS, SUCCESSOR TO LAWLER, SECRETARY OF HIGHWAYS OF PENNSYLVANIA, ET AL. *v.* CREASY ET AL. Appeal from the United States District Court for the Western District of Pennsylvania. Probable jurisdiction noted. *Thomas D. McBride,* Attorney General of Pennsylvania, *Harry J. Rubin,* Deputy Attorney General, and *Leonard M. Mendelson* for appellants. *A. E. Kountz* and *Edward P. Good* for appellees. 

No. 252. SAFEWAY STORES, INC., *v.* OKLAHOMA RETAIL GROCERS ASSOCIATION, INC., ET AL. Appeal from the Supreme Court of Oklahoma. Probable jurisdiction noted. MR. JUSTICE CLARK took no part in the consideration or decision of this application. *V. P. Crowe, Robert L. Clark, Ramsey Clark* and *William L. Keller* for appellant. *W. J. Holloway, Sr.* and *M. A. Ned Looney* for appellees.